IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | |
|---|---|
| Wesley S. Mullinax, Billy Wesley Owen Addis, William D. Smith, Jr., and John T. Cox, all individually and on behalf of all other similarly situated individuals,<br><br>          Plaintiffs,<br><br>vs.<br><br>Parker Sewer & Fire Subdistrict,<br><br>          Defendant. | Civil Action No. 6:12-cv-01405-TMC<br><br>**PLAINTIFFS' MOTION TO APPROVE ATTORNEY'S FEES AND COSTS** |

      Plaintiffs, Wesley S. Mullinax, Billy Wesley Owen Addis, William D. Smith, Jr., and John T. Cox, all individually and on behalf of all other similarly situated individuals, by and through their undersigned attorney, hereby file this Motion to Approve Attorney's Fees and Costs. Plaintiffs respectfully request that the Court apportion $90,000.00, or thirty percent (30%) of the gross settlement amount of $300,000.00 in this case, as attorneys' fees, and $5,500.00 as reimbursement of costs advanced by Plaintiffs' counsel.

      The grounds for this motion are that Plaintiffs' attorney fee agreements with Plaintiffs' counsel provide for a one-third contingency fee agreement, but Plaintiffs' counsel has agreed to reduce his fee by 10% as part of the settlement of this matter; the preferred method for awarding attorney's fees in a class action is based on a percentage of common fund; and under the lodestar cross-check, the attorney's fees are fair and reasonable in light of the hours expended by counsel, the results obtained, and the risks involved in taking this case on a contingency basis. In addition, the costs expended by Plaintiffs' counsel were reasonable and necessary in the prosecution of this action

against Defendant. This motion is supported by the accompanying Memorandum of Law and the affidavits and documents attached thereto.

Respectfully submitted,

 s/ David E. Rothstein
David E. Rothstein, Fed. ID No. 6695
ROTHSTEIN LAW FIRM, PA
514 Pettigru Street
Greenville, South Carolina 29601
(864) 232-5870 (O)
(864) 241-1386 (Facsimile)
derothstein@mindspring.com

Attorneys for Plaintiffs

January 14, 2014

Greenville, South Carolina.