<u>Mullinax et al. v. Parker Sewer & Fire Subdistrict</u>
C/A No. 6:12-cv-01405-TMC

<u>Index of Exhibits to Plaintiffs' Motion to Approve Attorney's Fees and Costs</u>

| Exhibit No. | Description |
|---|---|
| A | Contingent Fee Agreements with Named Plaintiffs |
| B | Sample Opt-in Form of Jeffery L. Crites (redacted) |
| C | Affidavit of Plaintiffs' Counsel, David E. Rothstein, with Attachment |
| D | Affidavit of M. Malissa Burnette, Esq. |
| E | Declaration of W. Andrew Arnold, Esq. |
|   | Unpublished Decisions |