# Exhibit B

CONSENT TO JOIN LAWSUIT
(Pursuant to 29 U.S.C. § 216(b))

<u>Wesley S. Mullinax et al. v. Parker Sewer & Fire Subdistrict</u>
<u>(Parker Sewer & Fire Subdistrict Back Pay Case)</u>

Civil Action No. 6:12-cv-01405-JMC

Please type or print in ink the following:

1. Name: Jeffery L. Crites

2. Address: _____

    City    State    Zip Code

3. Phone: _____ (work) _____ (home/mobile)

4. E-mail address: _____

5. Dates of Employment with Parker Sewer & Fire Subdistrict: 2-14-05 – Present

6. Position(s) with Subdistrict: Firefighter / Relief Driver

7. I understand that this suit is brought under the Fair Labor Standards Act to recover back pay and unpaid overtime compensation. As a current or former employee of Parker Sewer & Fire Subdistrict, I hereby consent, agree, and opt-in to become a party plaintiff herein and to be bound by any settlement of this action or adjudication of the Court.

8. I hereby authorize Plaintiffs' counsel of record to file this Consent with the Clerk of Court.

9. I hereby further authorize the named Plaintiffs herein to retain their counsel of record or to select new counsel, as they shall determine in their discretion, and I hereby further authorize the named Plaintiffs and their counsel to make all decisions with respect to the conduct and handling of this action, including the settlement thereof, as they deem appropriate or necessary, subject to the approval of the Court.

Date: 5-24-12

Signature: /s/ Jeffery L. Crites

Jeffery L. Crites
Print or Type Name