**Exhibit C**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

GREENVILLE DIVISION

| | | |
|---|---|---|
| Wesley S. Mullinax, Billy Wesley Owen Addis, William D. Smith, Jr., and John T. Cox, all individually and on behalf of all other similarly situated individuals, | ) ) ) ) ) | Civil Action No. 6:12-cv-01405-TMC |
| Plaintiffs, | ) ) ) | **AFFIDAVIT OF PLAINTIFFS' COUNSEL, DAVID E. ROTHSTEIN** |
| vs. | ) ) | |
| Parker Sewer & Fire Subdistrict, | ) ) | |
| Defendant. | ) ) | |
| STATE OF SOUTH CAROLINA | ) ) | |
| COUNTY OF GREENVILLE | ) | |

PERSONALLY appeared before me David E. Rothstein, who, after being duly sworn, deposes and states the following:

1.    My name is David E. Rothstein. I am older than eighteen years of age. The statements in this Affidavit are based upon my own personal knowledge.

2.    I am counsel for Plaintiffs in the above-captioned case.

3.    I am an attorney in good standing and have been licensed to practice law by the State of South Carolina since November 15, 1993, and by the State of North Carolina since April 11, 2008. I am also admitted to practice before the United States District Court for the District of South Carolina, the United States District Court for the Western District of North Carolina, the United States District Court for the Middle District of North Carolina, United States Court of Appeals for

the Fourth Circuit, and the United States Supreme Court.

4.     I graduated cum laude from the University of South Carolina School of Law on May 14, 1993, where I was Editor in Chief of the South Carolina Law Review, a member of the Order of the Coif, and a member of the Order of the Wig and Robe.

5.     Upon graduation from law school, I served as a judicial law clerk to the Hon. Joseph F. Anderson, Jr., United States District Court Judge for the District of South Carolina, from August 1993 to August 1995. Thereafter, I served as a judicial law clerk to the Hon. Robert F. Chapman, then Senior United States Circuit Court Judge for the Fourth Circuit Court of Appeals, from August 1995 to October 1996.

6.     I worked as an associate attorney at the law firm of Nexsen Pruet Jacobs & Pollard, LLP, in Columbia, South Carolina, from October 1996 to January 1999, where the majority of my practice involved employment law. While employed at the Nexsen Pruet firm, I represented both employers and employees in employment litigation and appeals.

7.     I worked as an associate attorney at the law firm of Gergel Nickles & Solomon, P.A., in Columbia, South Carolina, from January 1999 to June 30, 2005, where the majority of my practice involved employment law.

8.     I was a shareholder in the law firm of Burnette & Rothstein, P.A. from July 1, 2005 until July 31, 2010, when I moved to Greenville and formed Rothstein Law Firm, PA, which is currently a solo practice. Almost all of my current practice involves employment law and litigation.

9.     I have been a Certified Specialist in Employment and Labor Law since February 2006. Although I primarily represent individual employees in employment-related matters, my firm also represents several small employers in employment-related matters.



10.    I currently serve as an associate member of the South Carolina Board of Law Examiners, which position I have held since January 2007.

11.    I have had extensive experience in employment litigation, both as an attorney and as a judicial law clerk to two federal judges. In addition, I have written several articles and made numerous CLE presentations on employment law and related topics. I am a member of the Employment Law Sections of the South Carolina Bar, the South Carolina Trial Lawyers Association, and the National Employment Lawyers Association. I am a past Chair of the Employment and Labor Law Section Council of the South Carolina Bar (2011), and I am currently a member of the Specialization Advisory Board for Employment and Labor Law through the South Carolina Supreme Court Commission on CLE and Specialization.

12.    Throughout my career, I have been involved in several class actions under Rule 23 of the Federal Rules of Civil Procedure, as well collective actions under the Fair Labor Standards Act. I was involved as trial counsel in the case of Johnson v. Collins, one of the largest class actions in the history of South Carolina, which led to the demise of the video poker industry in South Carolina. I have also handled numerous individual cases and collective actions under the Fair Labor Standards Act for improperly paid overtime.

13.    The above-captioned case involved substantial investigation and discovery, including taking and defending seven depositions, review of thousands of pages of documents produced by Defendant, along with voluminous computer data regarding payroll, work schedules, time-keeper records, and summaries of fire department run reports for the 3-year period covered by the lawsuit.

14.    This case has also involved some technical legal issues, which has required substantial legal research and analysis. I have also performed very tedious calculations based on the



time and payroll records from Defendant's Fire Department.

15.    Attached is a detailed summary of the time I have spent on this case from May 2012 through the date of this Affidavit. I have spent 274.8 hours of time in connection with this case during the approximately 20-month period covered by the lawsuit. I believe that the time recorded on the attached summary is reasonable and was necessary in the prosecution of this case. I anticipate having to spend another 20-30 hours in connection with the final settlement approval process and the distribution of the settlement proceeds.

16.    Included in the Attachment is a detailed summary of the costs I have expended in connection with this case, which total $4,935.03 to date. This figure does not include any costs associated with publishing the required information on my law firm's web-site or any costs that might be involved in distributing settlement checks, if not handled directly by Defendant. I have been very careful to keep the expenses in this case as low as possible, and I have not sought advances or reimbursement from the named Plaintiffs, any opt-in members of the Plaintiff class, or any of the members of the Plaintiffs' Steering Committee. I believe that the expenses are reasonable and were necessary in the prosecution of this case.

17.    In addition, also included in the Attachment is a detailed summary of the time my legal assistant, Lorry Miller, has spent in connection with this case. Ms. Miller has recorded 44.8 hours of time in connection with this case. I believe that a fair hourly rate for a competent legal assistant with Ms. Miller's experience and credentials is $75.00 per hour.

18.    My regular hourly rate in employment cases is $300.00 per hour. I generally anticipate receiving a premium above my normal hourly rate when I take cases on a contingency basis, because of the additional risks involved in taking such cases. I am very selective about what

cases I take on a contingency basis, especially because employment cases are generally difficult and can involve investment of hundreds of hours of time. For individual employment cases, my standard contingency percentage is 33.33% of any recovery prior to filing suit, which increases to 40% after suit is filed. I agreed to handle this case on a one-third contingency fee case, rather than 40%, after commencement of litigation because of the economies of scale involved in representing multiple, similarly-situated Plaintiffs who share common legal and factual issues.

19.     As part of the settlement negotiations in this case, I agreed to discount my fee by 10%, to a 30% contingency fee, so that additional money would be available for distribution to class members.

FURTHER AFFIANT SAYETH NOT.

David E. Rothstein

SWORN to and subscribed before me,

this ___14th___ day of January, 2014

_____ (L.S.)
Notary Public for South Carolina

My commission expires: __3|29|17__.



H. Lorraine Miller
NOTARY PUBLIC
State of South Carolina
My Commission Expires
March 29, 2017

# ROTHSTEIN LAW FIRM, PA

514 Pettigru Street ◆ Greenville, SC 29601

Date: 01/14/2014

## 12-028

## Mullinax, et al. v. Parker Sewer & Fire Subdistrict

### Services

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Service | 05/14/2012 | PC: screening TC with Wesley Mullinax; TC to Wesley Mullinax to schedule consultation date; Entered consultation on calendar; Email to DER confirming consultation set; and Email to Wesley Mullinax with consultation instructions/confirmation. | 0.75 | $75.00 | $56.25 |
| Service | 05/22/2012 | Consultation date - Processed intake paperwork & payment for consultation. | 0.50 | $75.00 | $37.50 |
| Service | 05/22/2012 | Meeting with Wesley Mullinax to discuss possible case; research re: possible claims | 2.80 | $300.00 | $840.00 |
| Service | 05/23/2012 | TC with Wesley Mullinax regarding meeting for opening case; Discussion with DER regarding time for scheduling meeting with Wesley Mullinax; TC to Wesley Mullinax to set meeting with DER; enter date and time on calendar and confirm with DER. | 0.50 | $75.00 | $37.50 |
| Service | 05/23/2012 | Prepare fee agreements and consent forms; review documents from Mr. Mullinax re: Parker Sewer & Fire Dist. policies and procedures; research re: Parker Sewer & Fire Subdistrict; meeting with Mr. Mullinax and Mr. Craft; research re: possible claims | 2.50 | $300.00 | $750.00 |
| Service | 05/24/2012 | Meeting with group of potential plaintiffs; draft fee agreements; work on complaint; research re: FLSA; review documents; e-mail to clients about draft of complaint | 6.90 | $300.00 | $2,070.00 |
| Service | 05/25/2012 | Intake - set-up client files, scanned Consents to Join into system and emailed to DER; Assigned client numbers, entered into client database, created roladex cards; and set up Spreadsheet of Parties to track Consents to Join; and created time log to track my time; and scanned in client documents. | 1.00 | $75.00 | $75.00 |
| Service | 05/25/2012 | E-mail from Mr. Addis; TC to Mr. Mullinax to discuss draft of complaint; TC to Mr. Addis; TC to Mr. Cox; TC to Mr. Smith; finalize complaint; prepare summons, civil coversheet, and Rule 26.01 interrogatory responses; prepare consent forms; file case; e-mail to clients about case; e-mail fee agreements to clients | 5.80 | $300.00 | $1,740.00 |

| Service | 05/27/2012 | E-mail to Mr. Crites about case; prepare fee agreement and consent form for Mr. Crites | 0.60 | $300.00 | $180.00 |
| Service | 05/28/2012 | Receipt of ECF Filings for Summons, Complaint, and Plaintiff's 26.01's. Saved documents to system, printed copies out, set-up pleading index file, and filed same. Updated Parties Spreadsheet to reflect filing. Entered case in Case Tracking Spreadsheet. Receipt of Consent to Join for Littlefield. Scanned, saved to system and entered into Parties Spreadsheet. Receipt of ECF Filing for Notice of Joinder for Crites & Littlefield. Saved to system, printed copies out, entered in pleading index and filed, and updated Parties Spreadsheet. Scanned letter serving documents on Defendant into system; made copies for the cc:, for the file, and Chron file notebook, filed copies. Prepared envelopes for mailing, prepared certified mailing and calculated postage. Entered information in Case Tracking Spreadsheet. | 1.00 | $75.00 | $75.00 |
| Service | 05/29/2012 | Receive and review NEF and summons from initial filing; prepare and file notice of filing consents forms for Crites and Littlefield; TC from Mr. Mullinax; meeting with Mr. Mullinax to discuss case; prepare service letter; review recording of meeting re: new pay plan; TC from Mullinax; e-mail to plaintiffs about status of case; revise Crites fee agreement; e-mail to Crites; revise notice form; e-mail from W. Smith | 4.20 | $300.00 | $1,260.00 |
| Service | 05/30/2012 | TC from Mr. Stephenson to discuss case; TC to Mr. Mullinax about Stephenson call | 0.80 | $300.00 | $240.00 |
| Service | 05/31/2012 | Receive certified mail card confirming service on Parker; TC to Mr. Mullinax about case | 0.40 | $300.00 | $120.00 |
| Service | 05/31/2012 | Receipt of green return card from certified mailing of pleadings to Parker Sewer (served 5/30/12). Updated Case Tracking Sheet, scanned to system, and sent an email to DER confirming service. Receipt of signed fee agreement from William D. Smith. Scanned in to system, updated Parties Spreadsheet, and emailed DER advising him of receipt. | 0.50 | $75.00 | $37.50 |
| Service | 06/01/2012 | E-mail to Mr. Stephenson about case and extension to answer; TC from Jeff Crites about suspected retaliation | 0.80 | $300.00 | $240.00 |
| Service | 06/04/2012 | Prepare and file notice of joinder for Wayne Craft | 0.30 | $300.00 | $90.00 |
| Service | 06/04/2012 | Receipt of Consent to Join from Wayne E. Craft (hand-delivered here to office). Updated Parties Spreadsheet, scanned to system. Redacted copy and scanned to system. Prepared Notice of Joinder and e-filed through ECF. Receipt of ECF filing. Saved to system. Printed copy for filing, updated pleading index and filed. Updated Parties Spreadsheet to indicate filing. | 0.50 | $75.00 | $37.50 |
| Service | 06/05/2012 | Receipt of Fee Agreement from John T. Cox. Scanned to system and updated Parties Spreadsheet, email to DER advising him of receipt. | 0.15 | $75.00 | $11.25 |
| Service | 06/07/2012 | Receipt of Consent to Join from Ryan Benton (hand-delivered to office). Scanned to system, emailed copy to DER, & printed copy for redacting. Redacted form and scanned to system for filing. Prepared Notice of Joinder and e-filed through ECF. Receipt of ECF filing. Saved to system. Printed copy for filing, updated case tracking sheet, updated Parties Spreadsheet to add party & indicate filing. | 0.75 | $75.00 | $56.25 |
| Service | 06/07/2012 | Receive opt-in form from Benton; prepare and file notice of joinder | 0.30 | $300.00 | $90.00 |
| Service | 06/11/2012 | Receipt of Consent to Join for Matthew Scott Campbell (hand-delivered to office). Scanned to system, emailed copy to DER, & printed copy for redacting. Redacted form and scanned to system for filing. Prepared Notice of Joinder and e-filed through ECF. Receipt of ECF filing. Saved to system. Printed copy for filing, updated Parties Spreadsheet to add party | 0.50 | $75.00 | $37.50 |

| | | & indicate filing. TC from Amanda Williams with the Judge Child's office regarding clarification of Consents to Join. Email to DER advising of same. | | | |
|---|---|---|---|---|---|
| Service | 06/11/2012 | E-mail to Ms. Miller about opt-in forms and certificate of service on Stephenson | 0.20 | $300.00 | $60.00 |
| Service | 06/12/2012 | Letter and Certificate of Service to Thomas L. Stephenson with copies of Notices of Joinder; copies to file, and copy to DER in email. (2) Telephone calls to Amanda Williams at Judge Child's office regarding court procedures for filing Consents to Join - left voicemail message. Emails to and from DER regarding court procedures for filing Consents to Join. ECF filing for Certificate of Service of Notices to Tom Stephenson; Receipt of ECF Filing for Certificate of Service, save to system, print-out, update Pleading Index, and file same. Email from DER regarding Statute 29 USC 216(b). TC to Amanda Williams relaying statute; TC with Matthew Scott Campbell regarding employment dates and updated Parties Spreadsheet. | 1.25 | $75.00 | $93.75 |
| Service | 06/12/2012 | E-mails to and from Ms. Miller about filing opt-in forms (4) and question from Judge Childs's office about processing opt-in forms; TC to Ms. Miller | 0.40 | $300.00 | $120.00 |
| Service | 06/20/2012 | Receipt of ECF filing of Defendant's Answer, saved to system and printed-out copy for filing, updated Pleading Index and filed, and updated Case Tracking Sheet. | 0.15 | $75.00 | $11.25 |
| Service | 06/20/2012 | Receive and review answer and LR 26.01 responses from Parker; e-mail to Mr. Stephenson about case | 0.50 | $300.00 | $150.00 |
| Service | 06/21/2012 | Receipt of ECF filing of Defendant's 26.01s, corrected ECF filing of Defendant's Answer, saved to system, printed-out copies, corrected Pleading Index & filed. | 0.15 | $75.00 | $11.25 |
| Service | 06/21/2012 | Receive NEFs about answer and LR 26.01 respones; review answer; e-mail to Mr. Stephenson about answer and service | 0.60 | $300.00 | $180.00 |
| Service | 06/22/2012 | TC with Wesley Mullinax - sent message to DER. | 0.15 | $75.00 | $11.25 |
| Service | 06/22/2012 | TC to Mr. Mullinax; e-mail from Stephenson about waiver of service issue | 0.40 | $300.00 | $120.00 |
| Service | 06/25/2012 | DER client meeting - greeted guests. Receipt of new Consents to Join for Wyatt, Keeran & Anderson - scanned and saved to system (10). Receipt of ECF filing for Notice of Joinder for Charles Gregg Wyatt, Daniel B. Keeran, and Derrick T. Anderson, saved to system, printed-out copy, updated Pleading Index & filed. | 0.50 | $75.00 | $37.50 |
| Service | 06/25/2012 | E-mail to clients about answer; meeting with plaintiffs to discuss case | 1.80 | $300.00 | $540.00 |
| Service | 06/25/2012 | E-mail to Judge Childs's civil case manager about filing consent forms; prepare file consent forms form Wyatt, Anderson, and Keeran | 0.60 | $300.00 | $180.00 |
| Service | 06/26/2012 | DER meeting with clients - greeted. Receipt of ECF filing for Notice of Joinder for Carl R. Drew, saved to system, printed-out copies, updated Parties Spreadsheet, updated Pleading Index & filed; Receipt of ECF filing for Scheduling Order and Mediation Order, saved to system, printed-out copies, updated Case Tracking Sheet, updated Orders Index & filed; TC from Jason Nurmi regarding joining lawsuit. Sent e-mail message to DER. | 0.75 | $75.00 | $56.25 |
| Service | 06/26/2012 | Meeting with other plaintiffs to discuss case; e-mail to potential plaintiffs about case | 1.20 | $300.00 | $360.00 |
| Service | 06/26/2012 | Receive and review scheduling order and mediation order; e-mail from Judge Childs's civil case manager; TC to Jason Nurmi about case | 0.80 | $300.00 | $240.00 |

| Service | 06/27/2012 | TC from Chris Hester requesting information on how to join lawsuit & sent email to DER to call. | 0.15 | $75.00 | $11.25 |
| Service | 06/27/2012 | TC to Chris Hester about case; e-mail documents to Mr. Hester; e-mail to Jeff Crites about case | 0.40 | $300.00 | $120.00 |
| Service | 06/28/2012 | Receipt of new Consent to Join for Ted Nicholls (hand-delivered). Scanned to system, printed out copy & redacted copy, updated Parties Spreadsheet, e-mailed DER regarding filing; Sent Wesley Mullinax copy of Parties Spreadsheet. TC to DER regarding computer problem & advised unable to go ahead and file ECF for Nicholls. | 0.50 | $75.00 | $37.50 |
| Service | 06/28/2012 | Receive and review consent form from Ted Nicholls; prepare and file notice of joinder; work on discovery to Defendant | 1.80 | $300.00 | $540.00 |
| Service | 06/29/2012 | Finalize discovery; prepare service letter for discovery | 1.10 | $300.00 | $330.00 |
| Service | 06/29/2012 | Receipt of ECF filing for Notice of Joinder for Ted Nicholls, saved to system, printed-out copies, updated Parties Spreadsheet, updated Pleading Index & filed. | 0.25 | $75.00 | $18.75 |
| Service | 07/03/2012 | David L. Smith came to office to fill-out Consent to Join. Entered information into Parties Spreadsheet. Scanned to system, emailed to DER. Receipt of ECF filing for Notice of Joinder for David L. Smith, saved to system, printed-out copies, updated Parties Spreadsheet, updated Pleading Index & filed. | 0.50 | $75.00 | $37.50 |
| Service | 07/03/2012 | Prepare and file notice of joinder for David Smith | 0.30 | $300.00 | $90.00 |
| Service | 07/06/2012 | TC to Tom Stephenson | 0.20 | $300.00 | $60.00 |
| Service | 07/08/2012 | E-mail from Freddie Haltiwanger about late calls; e-mail to Mr. Haltiwanger | 0.20 | $300.00 | $60.00 |
| Service | 07/09/2012 | TC to Mr. Mullinax | 0.40 | $300.00 | $120.00 |
| Service | 07/10/2012 | Meeting with Mr. Mullinax to discuss retaliation issues; draft letter to Stephenson about retaliation; e-mail to Crites | 1.40 | $300.00 | $420.00 |
| Service | 07/11/2012 | Meeting with Mr. Mullinax about retaliation; revise letter to Mr. Stephenson; e-mail from Mr. Mullinax about retaliation statement; e-mail to Mr. Stephenson about retaliation; e-mail discovery to Plaintiffs | 1.20 | $300.00 | $360.00 |
| Service | 07/12/2012 | DER sent letter to Tom Stephenson - scanned to system & printed copies for filing. Mailed same. | 0.15 | $75.00 | $11.25 |
| Service | 07/12/2012 | Finalize letter to Stephenson about retaliation | 0.30 | $300.00 | $90.00 |
| Service | 07/13/2012 | Wesley Mullinax stopped by office and dropped-off copy of Grievance and his statement. Scanned & saved to system. Sent email to DER accordingly. | 0.15 | $75.00 | $11.25 |
| Service | 07/13/2012 | Receive and review grievance forms from Mr. Mullinax | 0.20 | $300.00 | $60.00 |
| Service | 07/16/2012 | E-mails to and from Defendant's counsel about Rule 26(f) conference | 0.20 | $300.00 | $60.00 |
| Service | 07/19/2012 | Receipt of new Consent to Join from Henry Ronald Homesley (came to office). Scanned and saved to system and emailed to DER. Updated Parties Spreadsheet and emailed a copy of the spreadsheet to Wesley Mullinax. | 0.50 | $75.00 | $37.50 |
| Service | 07/19/2012 | Receive consent form from Homesley; prepare and file notice of joinder; TC from Fox Carolina reporter about case | 0.50 | $300.00 | $150.00 |
| Service | 07/20/2012 | Rule 26(f) conference with Mr. Stephenson and Mr. Savitz | 0.40 | $300.00 | $120.00 |

| Service | 07/20/2012 | Receipt of ECF filing for Notice of Joinder for Wesley Mullinax. Saved to system, printed-out copies and updated Parties Spreadsheet. Updated Pleading Index and filed. | 0.50 | $75.00 | $37.50 |
|---|---|---|---|---|---|
| Service | 07/23/2012 | TC from Wesley Mullinax for DER. Sent e-mail to DER. TC from Jeff Crites re: status of case. Sent DER an email message. Second TC from Wesley Mullinax for DER. Sent follow-up email to DER. | 0.50 | $75.00 | $37.50 |
| Service | 07/23/2012 | TC to Mr. Mullinax; TC to Mr. Crites | 0.50 | $300.00 | $150.00 |
| Service | 07/24/2012 | Receipt of Tom Stephenson's response letter (7/20/12) to DER 7/11/12 letter re: retaliation. Scanned to system and saved. Emailed copy to DER. | 0.15 | $75.00 | $11.25 |
| Service | 07/24/2012 | Letter from Mr. Stephenson re: retaliation | 0.20 | $300.00 | $60.00 |
| Service | 07/27/2012 | TC from FOX Carolina about case | 0.20 | $300.00 | $60.00 |
| Service | 07/27/2012 | Receipt of ECF filing of Defendant's Responses to Plaintiff's First Request for Admissions in the mail. Scanned-in and saved to system. Emailed notification of receipt to DER. Updated Case Tracking Sheet. Filed same. | 0.50 | $75.00 | $37.50 |
| Service | 07/27/2012 | Receive and review Defendant's response to Plaintiff's Requests for Admissions; TC to Mullinax to work on Rule 26.03 responses | 1.60 | $300.00 | $480.00 |
| Service | 07/28/2012 | E-mail to Mr. Mullinax about Stephenson letter | 0.20 | $300.00 | $60.00 |
| Service | 07/30/2012 | Prepare Rule 26(f) report, Rule 26.03 responses, and proposed amended scheduling order; e-mail to Savitz and Stephenson; e-mail from Savitz | 2.60 | $300.00 | $780.00 |
| Service | 07/31/2012 | Receipt of ECF filing of Joint Rule 26(f) Report and Plaintiff's Local Rule 26.03 Answers to Interrogatories [filed 7/30/12]. Saved to system and printed-out copies. Updated Pleading Index and filed same. Updated Case Tracking Sheet. Receipt of corrected ECF Filing. Saved to system and printed out new copies. Filed same. | 0.75 | $75.00 | $56.25 |
| Service | 07/31/2012 | Receive and review docket correction notice for proposed amended scheduling order; e-mail from Mr. Stephenson | 0.20 | $300.00 | $60.00 |
| Service | 08/01/2012 | Receipt of ECF filing of Amended Scheduling Order. Saved to system and printed-out copies. Updated Case Tracking Sheet with new deadline dates according to the Order. Updated Orders Index and filed same. | 0.50 | $75.00 | $37.50 |
| Service | 08/01/2012 | Receive and review amended scheduling order; docket deadlines | 0.50 | $300.00 | $150.00 |
| Service | 08/03/2012 | TC from Richard Walton with the Greenville News. Sent email to DER to call back. | 0.15 | $75.00 | $11.25 |
| Service | 08/06/2012 | Receipt of discovery requests from Defendant. Scanned to system and emailed copy to DER. Updated Case Tracking Sheet. Typed/set-up shells for discovery responses and emailed to DER. | 0.75 | $75.00 | $56.25 |
| Service | 08/06/2012 | Receive and review interrogatories and requests from Defendant | 0.40 | $300.00 | $120.00 |
| Service | 08/07/2012 | TC from Tom Stephenson. Sent DER an email to return his call. | 0.15 | $75.00 | $11.25 |
| Service | 08/07/2012 | TC to Mr. Stephenson to discuss discovery | 0.30 | $300.00 | $90.00 |
| Service | 08/08/2012 | E-mail to Plaintiffs about discovery from Defendant; review tape of meeting; letter to Mr. Stephenson about recording; TC to Rusty Littlefield to discuss docking pay | 1.60 | $300.00 | $480.00 |
| Service | 08/08/2012 | DER letter to Tom Stephenson and Stephen Savitz enclosing copy of CD containing recording. Scanned to system, printed copies for filing, | 0.50 | $75.00 | $37.50 |

| | | prepared mailing to Savitz & hand-delivered copy to Stephenson. Telephone call from Jeff Crites. Email to DER to return call. | | | |
|---|---|---|---|---|---|
| Service | 08/09/2012 | TC from Jeremy Copeland regarding joining lawsuit. Left message for DER to call. | 0.15 | $75.00 | $11.25 |
| Service | 08/22/2012 | TC from Wesley Mullinax re: status. Sent email to DER to call back. | 0.15 | $75.00 | $11.25 |
| Service | 08/24/2012 | TC from Will Smith. Sent email to DER to call back. | 0.15 | $75.00 | $11.25 |
| Service | 08/27/2012 | TC from Wesley Mullinax re: discovery. Sent email to DER to call back. Telephone call from Tom Stephenson. Sent email to DER to call back | 0.20 | $75.00 | $15.00 |
| Service | 08/28/2012 | TC Wesley Mullinax re: discovery. Sent email to DER to call back. | 0.15 | $75.00 | $11.25 |
| Service | 08/29/2012 | TC from Wesley Mullinax re: discovery. Sent email to DER to call back. | 0.15 | $75.00 | $11.25 |
| Service | 08/30/2012 | TC from Wesley Mullinax re: discovery. Sent email to DER to call back. | 0.15 | $75.00 | $11.25 |
| Service | 08/30/2012 | TC to Mr. Mullinax; TC from Mr. Crites | 0.40 | $300.00 | $120.00 |
| Service | 09/04/2012 | TC from David Dykes (Greenville News). Sent DER email to call back. | 0.15 | $75.00 | $11.25 |
| Service | 09/05/2012 | TC from Wesley Mullinax re: newspaper article. Sent email to DER to call back. TC from Jeff Crites regarding newspaper article. Sent email to DER to call back. TC from Wesley Mullinax requesting copy of Parties Spreadsheet. Emailed to Wesley. Filing of correspondence and notes. | 0.50 | $75.00 | $37.50 |
| Service | 09/05/2012 | TC to Mr. Mullinax; e-mail to Mr. Stephenson about case | 0.50 | $300.00 | $150.00 |
| Service | 09/06/2012 | TC from Tom Stephenson. Sent email to DER to call back. | 0.15 | $75.00 | $11.25 |
| Service | 09/07/2012 | TC from Jeff Crites. Sent DER email message. | 0.15 | $75.00 | $11.25 |
| Service | 09/10/2012 | TC from Jeff Crites. Sent DER email message. | 0.15 | $75.00 | $11.25 |
| Service | 09/11/2012 | TC from Jeff Crites for DER. TC from Wesley Mullinax - sent DER an email. | 0.20 | $75.00 | $15.00 |
| Service | 09/11/2012 | E-mails to and from Mr. Stephenson about meeting at Parker to review payroll records and schedules | 0.20 | $300.00 | $60.00 |
| Service | 09/12/2012 | E-mail from Mr. Stephenson about meeting; TC to Mr. Stephenson; TC to Mr. Mullinax; e-mail to Plaintiffs about status of case | 0.60 | $300.00 | $180.00 |
| Service | 09/13/2012 | Meeting with Mr. Mullinax and Mr. Anderson to prepare for meeting with Parker; meeting with Parker to discuss wage and hour documents | 2.50 | $300.00 | $750.00 |
| Service | 10/02/2012 | Prepare notice of withdrawal form; e-mail to Mr. Keernan; e-mail to Mr. Anderson | 0.70 | $300.00 | $210.00 |
| Service | 10/04/2012 | Receipt of Withdrawal of Consent to Join Lawsuit from Daniel B. Keeran. Scanned-in to system and emailed to DER. Updated Parties Spreadsheet accordingly. | 0.25 | $75.00 | $18.75 |
| Service | 10/05/2012 | TC from William Smith. Sent email message to DER to return his call. | 0.15 | $75.00 | $11.25 |
| Service | 10/09/2012 | Receipt of Withdrawal of Consent to Join Lawsuit from Derrick Tyrone Anderson. Scanned-in to system and email to DER. Updated Parties Spreadsheet accordingly. | 0.25 | $75.00 | $18.75 |
| Service | 10/09/2012 | Receive withdrawal form from Derrick Anderson | 0.10 | $300.00 | $30.00 |
| Service | 10/17/2012 | TC from Tom Stephenson to discuss discovery | 0.50 | $300.00 | $150.00 |

| Service | 10/19/2012 | Receipt of ECF filing of Withdrawal of Consents to Join Lawsuit by Daniel B. Keeran and Derrick Tyrone Anderson. Saved to system and printed-out copies. Updated Parties Spreadsheet. Updated Pleadings index and filed same. | 0.25 | $75.00 | $18.75 |
|---|---|---|---|---|---|
| Service | 10/19/2012 | TC from Jeff Crites. Sent email message to DER. TC from Wesley Mullinax regarding status. Sent email message to DER. | 0.25 | $75.00 | $18.75 |
| Service | 10/19/2012 | Prepare and file withdrawal forms for Anderson and Keeran; TC from Mr. Crites; TC to Mr. Mullinax | 0.70 | $300.00 | $210.00 |
| Service | 10/24/2012 | TC from Jeff Crites. Sent email message to DER. | 0.15 | $75.00 | $11.25 |
| Service | 10/24/2012 | Letter from Tom Stephenson re: depositions; e-mail from Stephenson's office re: proposed consent motion to amend scheduling order; e-mail to Stephenson's office about scheduling order | 0.30 | $300.00 | $90.00 |
| Service | 10/26/2012 | Receive deposition notices from Tom Stephenson | 0.20 | $300.00 | $60.00 |
| Service | 10/31/2012 | Receive and review motion to amend scheduling order; e-mail from Mr. Stephenson's office to Judge Childs with proposed order | 0.20 | $300.00 | $60.00 |
| Service | 11/01/2012 | Receive and review amended scheduling order; docket new deadlines | 0.40 | $300.00 | $120.00 |
| Service | 11/02/2012 | TC from Jeff Crites. Sent email message to DER. | 0.15 | $75.00 | $11.25 |
| Service | 11/13/2012 | TC from Rocky Holmesley regarding status of case. Sent email message to DER. | 0.15 | $75.00 | $11.25 |
| Service | 12/04/2012 | TC from Greg Wyatt to discuss possible retaliation issue | 0.40 | $300.00 | $120.00 |
| Service | 12/17/2012 | E-mail from Mr. Stephenson about depositions; e-mail to Mr. Stephenson; e-mail from Mr. Stephenson | 0.40 | $300.00 | $120.00 |
| Service | 12/21/2012 | Receipt of deposition notices from Tom Stephenson. Scanned, saved to system, & docketed and entered on Case Tracking Spreadsheet. | 0.25 | $75.00 | $18.75 |
| Service | 12/21/2012 | E-mail to Plaintiffs about depositions; e-mail to Mr. Stephenson; prepare deposition notices; letter to Stephenson serving deposition notices | 0.80 | $300.00 | $240.00 |
| Service | 12/26/2012 | E-mail from Mr. Mullinax about depositions | 0.10 | $300.00 | $30.00 |
| Service | 12/27/2012 | E-mail from Mr. Mullinax re: deposition prep meeting; TC to Mr. Mullinax | 0.30 | $300.00 | $90.00 |
| Service | 12/28/2012 | Meeting with plaintiffs to prepare for depositions; work on damages spreadsheet | 4.60 | $300.00 | $1,380.00 |
| Service | 12/31/2012 | E-mail from Mr. Mullinax about deposition questions; prepare for depositions | 1.20 | $300.00 | $360.00 |
| Service | 01/02/2013 | Receive and review documents from Stephenson's office; work on discovery responses; prepare for depositions; research re: FLSA regs | 8.80 | $300.00 | $2,640.00 |
| Service | 01/03/2013 | TC to Mr. Mullinax; work on discovery responses; TC to Mr. Addis; prepare for depositions; review documents from Defendant | 8.50 | $300.00 | $2,550.00 |
| Service | 01/04/2013 | Meeting with Mr. Mullinax to review documents from Parker; meeting with Mr. Addis to prepare for deposition; TC to and from Mr. Mullinax (2); finalize discovery responses; prepare cover letter; e-mail responses to Mr. Stephenson | 5.40 | $300.00 | $1,620.00 |
| Service | 01/04/2013 | Sent out our discovery responses, made copies, entered into Clio [new case management software] | 0.50 | $75.00 | $37.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 01/06/2013 | Prepare for Defendant's depositions; review documents; e-mail from Mr. Mullinax; TC to Mr. Mullinax | 6.70 | $300.00 | $2,010.00 |
| Service | 01/07/2013 | Meeting with Mr. Mullinax and Mr. Addis to prepare for depositions; defend deposition of Wesley Mullinax; defend deposition of Bill Addis; prepare for depositions; TC to Mr. Mullinax; research re: FLSA regs. | 13.80 | $300.00 | $4,140.00 |
| Service | 01/08/2013 | Meeting with Mr. Smith and Mr. Cox to prepare for depositions; defend Smith deposition; defend Cox deposition; take Chairman Gillespie's deposition; prepare for Defendants' depositions; TCs to and from Mr. Mullinax (6); research re: FLSA regs. | 13.90 | $300.00 | $4,170.00 |
| Service | 01/09/2013 | Meeting with Mr. Mullinax to prepare for depositions; take Rule 30(b)(6) deposition; deposition of Chief Jones; receive NEF about case re-assignment to Judge Cain | 8.90 | $300.00 | $2,670.00 |
| Service | 01/10/2013 | TC to Mr. Mullinax | 0.30 | $300.00 | $90.00 |
| Service | 01/11/2013 | TC to Mr. Mullinax; e-mail to Mr. Mullinax about meeting; e-mail from Mullinax | 0.40 | $300.00 | $120.00 |
| Service | 01/15/2013 | Attend Parker District meeting | 1.50 | $300.00 | $450.00 |
| Service | 01/16/2013 | TC from Mr. Mullinax about executive session meeting | 0.30 | $300.00 | $90.00 |
| Service | 01/17/2013 | TCs and emails with Gallagher Court Reporting. Having difficulty with e-transcripts. Entered information in Clio. | 0.50 | $75.00 | $37.50 |
| Service | 01/17/2013 | E-mail from court reporter about transcripts; TC to court reporter | 0.30 | $300.00 | $90.00 |
| Service | 01/18/2013 | Downloaded e-transcripts and .pdfs from Gallagher Court Reporting website & saved to system. Updated Case Tracking Spreadsheet. Made notation of receipt in Clio. | 0.25 | $75.00 | $18.75 |
| Service | 01/22/2013 | TC to Mr. Stephenson to discuss case; e-mail to Mr. Stephenson; TC to Mr. Mullinax; perform calculations for mediation | 1.80 | $300.00 | $540.00 |
| Service | 01/22/2013 | TC from Wesley Mullinax regarding status of case. Sent email message to DER. | 0.15 | $75.00 | $11.25 |
| Service | 01/24/2013 | TC to Mr. Mullinax | 0.30 | $300.00 | $90.00 |
| Service | 01/28/2013 | Letters to plaintiffs enclosing deposition transcripts for read and sign; TC from Jeff Crites; TC to Mr. Mullinax about depositions | 0.90 | $300.00 | $270.00 |
| Service | 01/28/2013 | TC from Gordon Smith wanting to join lawsuit. Sent DER email message to call. | 0.15 | $75.00 | $11.25 |
| Service | 01/28/2013 | Put together packets and made copies of DER coverletter, condensed copies of transcripts, and errata sheets for Billy Addis, William Smith, John Cox, and Wesley Mullinax. Entered into Clio notes and docketed due date of errata sheets to court reporter. Entered costs in Clio. | 0.75 | $75.00 | $56.25 |
| Service | 01/30/2013 | TC from Gordon Smith about joining suit; e-mail consent form to Mr. Smith | 0.30 | $300.00 | $90.00 |
| Service | 01/31/2013 | Wesley Mullinax came by to pick-up transcripts to be read over. Reviewed what was in the packets and the instructions & due date with him. Entered information in Clio. | 0.25 | $75.00 | $18.75 |
| Service | 01/31/2013 | E-mail from Mr. Mullinax about judge assignment; e-mail to Mullinax; e-mail to clients about mediation TC to Mr. Mullinax about medition; work on damages spreadsheet | 4.60 | $300.00 | $1,380.00 |
| Service | 02/05/2013 | TC to Mr. Mullinax | 0.10 | $300.00 | $30.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 02/06/2013 | Meeting with plaintiffs to prepare for mediation; attend mediation; TC to Mr. Mullinax; e-mail to Savitz and Stephenson re: pay issues | 8.90 | $300.00 | $2,670.00 |
| Service | 02/07/2013 | Gordon M. Smith came to the office to complete a Consent to Join form. Reviewed the form, scanned to system, emailed to DER (not sure if it is too late to join), and entered information into the Parties Spreadsheet. Entered information into Clio. | 0.25 | $75.00 | $18.75 |
| Service | 02/07/2013 | Jeff Crites TC inquiring about mediation. Sent email message to DER to return his call. | 0.15 | $75.00 | $11.25 |
| Service | 02/07/2013 | Receive consent form from Gordon Smith | 0.10 | $300.00 | $30.00 |
| Service | 02/11/2013 | E-mail to Mr. Stephenson; TC to Mr. Stephenson; TC to Mr. Mullinax about settlement offer | 0.60 | $300.00 | $180.00 |
| Service | 02/13/2013 | TC from Mr. Mullinax | 0.60 | $300.00 | $180.00 |
| Service | 02/14/2013 | E-mail from Murphy about reconvening mediation; TC to Mr. Mullinax; e-mail from Mr. Stephenson confirming date | 0.30 | $300.00 | $90.00 |
| Service | 02/15/2013 | Ted Nicholls TC requesting DER email address. Emailed DER for heads-up. | 0.15 | $75.00 | $11.25 |
| Service | 02/19/2013 | TC from Mr. Mullinax about vacation and holiday issues | 0.30 | $300.00 | $90.00 |
| Service | 02/21/2013 | John Cox came by office. Signed & notarized errata sheet from his deposition. Scanned to system. Emailed DER. Billy Addis came by office. Reviewed potential changes with DER. Signed & notarized errata sheet from his deposition. Scanned to system. Emailed to DER. Called Wesley Mullinax to get time scheduled for him to come by and get errata sheet signed. Emailed DER. William D. Smith, Jr. came by office. Signed & notarized errata sheet. Scanned to system. Emailed to DER. Information entered into Clio. | 0.50 | $75.00 | $37.50 |
| Service | 02/21/2013 | TC to Tom Stephenson about errata sheets; e-mail to Stephenson; e-mail to court reporter | 0.20 | $300.00 | $60.00 |
| Service | 02/22/2013 | E-mail from Tom Stephenson confirming extension | 0.10 | $300.00 | $30.00 |
| Service | 02/25/2013 | TC to Mr. Mullinax about reconvening mediation | 0.10 | $300.00 | $30.00 |
| Service | 02/25/2013 | TC from Jeff Crites for DER stating that someone is discussing settlement negotiations and they should not be. Email sent to DER to call Jeff back. | 0.15 | $75.00 | $11.25 |
| Service | 03/01/2013 | Meeting with plaintiffs; re-convene mediation | 6.80 | $300.00 | $2,040.00 |
| Service | 03/04/2013 | TC to Mr. Mullinax to discuss settlement disagreement | 0.60 | $300.00 | $180.00 |
| Service | 03/05/2013 | TC from Mr. Mullinax; legal research re: FLSA and retaliation | 1.30 | $300.00 | $390.00 |
| Service | 03/05/2013 | Copies of documents for client meeting. | 0.25 | $75.00 | $18.75 |
| Service | 03/06/2013 | TC to Mr. Mullinax; e-mail from Mr. Stephenson about settlement agreement; review settlement agreement | 0.60 | $300.00 | $180.00 |
| Service | 03/06/2013 | TC from Wesley Mullinax. Sent DER email message. | 0.15 | $75.00 | $11.25 |
| Service | 03/07/2013 | TC from Wesley Mullinax requesting copies of blank Consents to Join and he had a general questions regarding the case. Spoke to Wesley regarding status of his errata sheet. Sent email to DER. Printed 25 copies of the forms for Wesley to pick up. Wesley stopped by office. Discussed errata sheet and corrections. Signed & notarized same. Scanned and emailed to DER along with Wesley's concerns over settlement problems. | 0.50 | $75.00 | $37.50 |

| | | Telephone call to Mimi Gallagher regarding deadline of errata sheets. Email to DER with status of errata sheets. Entered information into Clio. | | | |
|---|---|---|---|---|---|
| Service | 03/07/2013 | TC from Mr. Mullinax; e-mails from Ms. Miller about settlement and deposition errata sheets; e-mail errata sheets to court reporter | 0.40 | $300.00 | $120.00 |
| Service | 03/08/2013 | TCs to and from Mr. Mullinax (4); e-mail to Mr. Stephenson about settlement agreement; e-mail from court reporter | 0.90 | $300.00 | $270.00 |
| Service | 03/12/2013 | E-mail to Ms. Miller about case; review errata sheets; letter to court reporter enclosing errata sheets | 0.80 | $300.00 | $240.00 |
| Service | 03/12/2013 | Copies of DER letter to Gallagher Court Reporting forwarding errata sheets of Mullinax, Addis, Smith & Cox. Scanned and saved to system. Entered information and costs into Clio. | 0.50 | $75.00 | $37.50 |
| Service | 03/13/2013 | Meeting with plaintiff committee to discuss settlement agreement; e-mails from court reporter | 1.20 | $300.00 | $360.00 |
| Service | 03/13/2013 | 9 am - Billy Addis came by and read & signed Settlement Agreement. 9:10 am - Wesley Mullinax came by and read & signed Settlement Agreement (10). Clients met with DER. Printed copies of depositions for James F. Gillespie, Patrick B. Hadon & Chief Richard D. Jones. Email to Mimi Gallagher regarding missing original depo transcript for James F. Gillespie. Ordered duplicate transcript for Gillepspie. Will Smith came by office and read & signed Settlement Agreement. | 0.50 | $75.00 | $37.50 |
| Service | 03/14/2013 | TC to Wesley Mullinax to have him come by office to pick-up copies of deposition transcripts for Parker, Jones & Gillespie. Coverletter to Tom Stephenson enclosing original Settlement Agreement, copies for file, mailed same, and entered information and costs into Clio, and filed same. | 0.75 | $75.00 | $56.25 |
| Service | 03/16/2013 | TC from Mr. Mullinax | 0.20 | $300.00 | $60.00 |
| Service | 03/19/2013 | Attend Parker District meeting re: settlement approval; TC to Mr. Mullinax; legal research re: FLSA | 3.60 | $300.00 | $1,080.00 |
| Service | 03/19/2013 | TC from Wesley Mullinax regarding DER attending meeting. Sent email to DER. | 0.15 | $75.00 | $11.25 |
| Service | 03/20/2013 | TCs to Mr. Mullinax (3); e-mail from Stephenson's office re: signed settlement agreement; e-mails from Mr. Stephenson about Dell Baker's calculations; review spreadsheets | 1.70 | $300.00 | $510.00 |
| Service | 03/21/2013 | TC to Mr. Mullinax; e-mail settlement documents to Ms. Miller; e-mail from Ms. Miller; review new employment notices from Parker | 0.80 | $300.00 | $240.00 |
| Service | 03/22/2013 | TC from Billy Addis regarding new pay rate calculations. Sent email to DER. | 0.15 | $75.00 | $11.25 |
| Service | 03/22/2013 | TC to Mr. Mullinax to discuss new pay plan; TC to Mr. Addis to discuss new pay plan; TC to Mr. Stephenson about new pay plan | 1.30 | $300.00 | $390.00 |
| Service | 03/25/2013 | TC from Jeff Crites to discuss case | 0.30 | $300.00 | $90.00 |
| Service | 03/27/2013 | TCs to and from Mr. Mullinax (3) | 0.40 | $300.00 | $120.00 |
| Service | 03/28/2013 | E-mail to Mr. Stephenson about settlement information; e-mail from Ms. Miller; review Randy Drew information; TC from Mr. Mullinax | 0.50 | $300.00 | $150.00 |
| Service | 03/28/2013 | Wesley Mullinax meeting with DER. Brought in copies of his W-2 form for 2012. Scanned to system and printed-out a copy for DER and the file. Wesley Mullinax came by in the afternoon with a copy of the pay stub and W-2 for Carl Drew. Scanned to system and emailed to DER. | 0.20 | $75.00 | $15.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 03/29/2013 | TC to Mr. Mullinax | 0.20 | $300.00 | $60.00 |
| Service | 03/29/2013 | Derrick T. Anderson dropped off W-2 and pay stub information. Scanned to system and emailed to DER. Billy Addis dropped off W-2 and pay stub information. Scanned to system and emailed to DER. | 0.15 | $75.00 | $11.25 |
| Service | 04/09/2013 | Wesley Mullinax dropped off copies of pay information from 12/29/11 & 1/12/12. Scanned to system. | 0.20 | $75.00 | $15.00 |
| Service | 04/11/2013 | E-mail from Mr. Mullinax about status of case | 0.10 | $300.00 | $30.00 |
| Service | 04/14/2013 | Analyze new hourly rate calculations from Dell Baker | 3.80 | $300.00 | $1,140.00 |
| Service | 04/15/2013 | TCs to and from Mr. Mullinax (2); e-mail to Mr. Stephenson about problems with new hourly rate calculations; meeting with Tom Stephenson and Patrick Haddon to discuss pay plan | 2.50 | $300.00 | $750.00 |
| Service | 04/19/2013 | TCs to and from Mr. Mullinax (2); e-mail to Mr. Mullinax about pay plan | 0.70 | $300.00 | $210.00 |
| Service | 04/30/2013 | E-mail from Ms. Miller about case; TC to Charlie Mullinax | 0.40 | $300.00 | $120.00 |
| Service | 04/30/2013 | Wesley Mullinax TC regarding the two individuals who opted-out. Sent updated copy of the Spreadsheet of Parties and the filed docs opting-out the two individuals. | 0.20 | $75.00 | $15.00 |
| Service | 05/04/2013 | E-mail from Mr. Mullinax about status of case | 0.10 | $300.00 | $30.00 |
| Service | 05/07/2013 | Meeting with plaintiffs to discuss new pay plan | 1.40 | $300.00 | $420.00 |
| Service | 05/08/2013 | E-mail from Mr. Mullinax; receive new consent forms; TC from Mr. Mullinax about possibly revoking settlement agreement and new pay plan | 0.70 | $300.00 | $210.00 |
| Service | 05/08/2013 | Receipt of new Consents to Join for James Adam Moats, Calvin E. Hickey, Jr., Clint Bennefield, John Piednahita, Eddie McMakin, Ben Garron, Tommy Waynick, Jacob Culbertson, Rodney V. Ware, Joel R. Hammonds, Sr., Jacob Engle, William K. Banard, Derrick T. Anderson, Zachary Crutchfield, David Craig, Christopher M. Vaughn, and John Hood. Updated Parties Spreadsheet, scanned into system, logged into Clio, emailed Parties Spreadsheet to Wesley Mullinax. | 0.50 | $75.00 | $37.50 |
| Service | 05/09/2013 | Meeting with Mr. Mullinax and Mr. Drew about new pay plans; prepare FOIA letter; TC from Mr. Mullinax; e-mail FOIA letter to Parker | 1.90 | $300.00 | $570.00 |
| Service | 05/13/2013 | TC from Mr. Mullinax | 0.10 | $300.00 | $30.00 |
| Service | 05/14/2013 | TC from Mr. Cox about status of case | 0.10 | $300.00 | $30.00 |
| Service | 05/16/2013 | TC from Mr. Mullinax about district meeting re: new pay plan | 0.30 | $300.00 | $90.00 |
| Service | 05/17/2013 | TC from Mr. Mullinax | 0.10 | $300.00 | $30.00 |
| Service | 05/17/2013 | Wesley Mullinax stopped by the office to deliver a new Consent to Join for W. G. Cantrell, Jr. Scanned to system, updated Parties Spreadsheet, & logged into Clio. | 0.20 | $75.00 | $15.00 |
| Service | 05/20/2013 | Meeting with Mr. Mullinax; receive new consent forms; prepare and file opt-in consent forms; receive NEF | 1.80 | $300.00 | $540.00 |
| Service | 05/20/2013 | Receipt of ECF filing for new Consents to Join for D. Anderson, W. Ballard, C. Bennefield, W. Cantrell, D. Craig, Z, Crutchfield, J. Culbertson, J. Engle, B. Garron, J. Hammonds, C. Hickey, J. Hood, E. McMakin, J. Moats, J. Piedrahita, G. Smith, C. Vaughn, R. Ware, and T. Waynick. Printed-out, saved to system, updated Parties Spreadsheet, entered in Clio, updated Pleading Index and filed. Copy of updated Parties Spreadsheet emailed to Wesley Mullinax. | 0.50 | $75.00 | $37.50 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 05/21/2013 | TC to Mr. Mullinax; e-mail from Mr. Stephenson about FOIA request | 0.80 | $300.00 | $240.00 |
| Service | 05/22/2013 | Receive and review FOIA responses from Parker | 1.00 | $300.00 | $300.00 |
| Service | 05/23/2013 | Receipt Parker's response to our subpoena duces tecum. CD containing audio of meetings as requested. Saved to system. Emailed DER regarding receipt. Updated Clio. | 0.50 | $75.00 | $37.50 |
| Service | 05/29/2013 | TC from Charlie Mullinax. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 05/30/2013 | E-mail FOIA responses to Mr. Mullinax | 0.20 | $300.00 | $60.00 |
| Service | 06/05/2013 | TC from Charlie Mullinax regarding meeting. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 06/07/2013 | TC from Mr. Mullinax | 0.30 | $300.00 | $90.00 |
| Service | 06/13/2013 | TC from Mr. Mullinax | 0.10 | $300.00 | $30.00 |
| Service | 06/17/2013 | E-mail from Mr. Mullinax re: new e-mail | 0.10 | $300.00 | $30.00 |
| Service | 06/19/2013 | E-mail to Mr. Stephenson requesting data for settlement calculations | 0.40 | $300.00 | $120.00 |
| Service | 06/26/2013 | TC from Mr. Mullinax | 0.30 | $300.00 | $90.00 |
| Service | 06/26/2013 | TC from Charlie Mullinax regarding status. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 07/15/2013 | E-mail to Tom Stephenson about status of pay information from Parker; TC from Mr. Mullinax about status of settlement | 0.30 | $300.00 | $90.00 |
| Service | 07/18/2013 | TC from Charlie Mullinax. Sent email to DER to call him back. | 0.15 | $0.00 | $0.00 |
| Service | 08/01/2013 | TC from Mr. Mullinax | 0.10 | $300.00 | $30.00 |
| Service | 08/01/2013 | TC from Charlie Mullinax. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 08/05/2013 | TC from Jeff Crites about new policies | 0.20 | $300.00 | $60.00 |
| Service | 08/19/2013 | TC from Charlie Mullinax regarding developments. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 08/20/2013 | Receive and review salary information from Mr. Stephenson; TC from Mr. Stephenson; review salary data; work on apportionment calculations; e-mail from Ms. Prescott about status of case; e-mail to Ms. Prescott | 4.20 | $300.00 | $1,260.00 |
| Service | 08/21/2013 | E-mail from Mr. Mullinax requesting meeting | 0.10 | $300.00 | $30.00 |
| Service | 08/21/2013 | TC to Charlie Mullinax to schedule meeting with DER on 8/22/13. | 0.15 | $75.00 | $11.25 |
| Service | 08/22/2013 | Meeting with Mr. Mullinax to discuss case | 1.50 | $300.00 | $450.00 |
| Service | 09/03/2013 | E-mail from Mr. Stephenson about salary data; TC to Mr. Mullinax; work on apportionment calculations | 7.60 | $300.00 | $2,280.00 |
| Service | 09/03/2013 | TC from Charlie Mullinax - sending documents to DER. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 09/04/2013 | Meeting with Charlie Mullinax to discuss settlement apportionment calculations | 1.20 | $300.00 | $360.00 |
| Service | 09/04/2013 | TC to Mr. Mullinax | 0.20 | $300.00 | $60.00 |
| Service | 09/20/2013 | TC from Fox News wanting to do a story. Sent DER an email message. | 0.15 | $75.00 | $11.25 |
| Service | 09/27/2013 | TC to Mr. Mullinax; work on settlement apportionment calculations | 7.20 | $300.00 | $2,160.00 |

| Service | 09/29/2013 | Work on settlement apportionment calculations | 6.50 | $300.00 | $1,950.00 |
|---|---|---|---|---|---|
| Service | 09/30/2013 | Updated new address and information on Terry Cox. | 0.15 | $75.00 | $11.25 |
| Service | 09/30/2013 | Meeting with Mr. Mullinax to discuss apportionment calculations; e-mail to Mr. Stephenson about payroll records; revise and verify apportionment calculations; e-mail to Mr. Stephenson | 4.20 | $300.00 | $1,260.00 |
| Service | 10/01/2013 | E-mail from Mr. Stephenson about salary information; review data from Mr. Stephenson; TC from Mr. Mullinax | 0.50 | $300.00 | $150.00 |
| Service | 10/01/2013 | TC from Charlie Mullinax. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 10/17/2013 | TC from Charlie Mullinax to discuss recent happenings at Parker F.D. | 0.50 | $300.00 | $150.00 |
| Service | 10/17/2013 | TC from Charlie Mullinax. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 10/23/2013 | TCs to and from Mr. Mullinax (2) | 0.30 | $300.00 | $90.00 |
| Service | 10/25/2013 | TC from Will Smith. Sent email to DER to call him back. | 0.15 | $75.00 | $11.25 |
| Service | 11/07/2013 | E-mail from Ms. Prescott about status of settlement | 0.20 | $300.00 | $60.00 |
| Service | 11/08/2013 | E-mail to Judge Cain's civil case manager about status of case; e-mail from Ms. Prescott | 0.30 | $300.00 | $90.00 |
| Service | 11/08/2013 | TC from Georgia with the District Court requesting status of settlement. Sent email to DER to call her back. | 0.15 | $75.00 | $11.25 |
| Service | 11/10/2013 | Work on settlement motion and briefs | 2.50 | $300.00 | $750.00 |
| Service | 11/24/2013 | Work on settlement motion and brief | 4.80 | $300.00 | $1,440.00 |
| Service | 11/25/2013 | Work on settlement motion/briefs and attachments | 4.50 | $300.00 | $1,350.00 |
| Service | 11/26/2013 | E-mail from Mr. Mullinax about retirement date for Lewis Leake; revise settlement appointment calculations; e-mail draft of settlement documents to Savitz & Stephenson; meeting with Mr. Mullinax to execute affidavit and discuss settlement document and apportionment; e-mails to Mr. Stephenson about apportionment calculations and particular questions | 2.80 | $300.00 | $840.00 |
| Service | 11/26/2013 | DER meeting with Charlie Mullinax. Printed documents out, notarized Charlie's Affidavit, scanned and saved to system, printed copy for Charlie. | 0.25 | $75.00 | $18.75 |
| Service | 12/05/2013 | E-mail from Steve Savitz about draft of settlement motion and brief; review draft | 0.50 | $300.00 | $150.00 |
| Service | 12/17/2013 | E-mail to Savitz and Stephenson about conference call; e-mail from Mr. Stephenson; e-mail from Savitz; e-mail to counsel confirming time of conference call | 0.30 | $300.00 | $90.00 |
| Service | 12/18/2013 | E-mail from Mr. Savitz about conference call; TC with Tom Stephenson and Steve Savitz about settlement documents; revise settlement motion/brief | 2.70 | $300.00 | $810.00 |
| Service | 12/19/2013 | Finalize draft of settlement motion; e-mail settlement documents to Judge Cain | 1.80 | $300.00 | $540.00 |
| Service | 12/20/2013 | TCs with Jane White at Judge Cain's office regarding establishing Court conference call with attorneys for 2 pm on 12/23/13 (2 calls). Emails to DER. | 0.25 | $75.00 | $18.75 |
| Service | 12/20/2013 | E-mail from Judge Cain's office about conference call; e-mail from Tom Stephenson's office about setting up call | 0.20 | $300.00 | $60.00 |

| | | | | | |
|---|---|---|---|---|---|
| Service | 12/23/2013 | Receipt of ECF - Notice of Hearing on Settlement Fairness. Saved to system, printed copy for file, entered into Clio, docketed on calendar, updated Pleading Index, and filed same. | 0.25 | $75.00 | $18.75 |
| Service | 12/23/2013 | Conference call with Judge Cain about settlement documents; e-mail from Judge Cain confirming availability of 3/11/14 for fairness hearing; receive and review text order scheduling hearing | 0.70 | $300.00 | $210.00 |
| Service | 12/27/2013 | Receipt of ECF - Consent Motion to Certify Class. Saved to system, printed copy for file, entered into Clio, updated Motions Index, filed same. | 0.50 | $75.00 | $37.50 |
| Service | 12/27/2013 | Finalize motion to approve class settlement; file motion via ECF; work on proposed order approving settlement and scheduling fairness hearing; e-mail to Judge Cain re: proposed order; e-mail from Steve Savitz about proposed order | 2.90 | $300.00 | $870.00 |
| Service | 12/31/2013 | TC from Judge Cain wanting to schedule conference call with DER and Tom Stephenson. Sent DER email with Judge Cain's telephone number. | 0.15 | $75.00 | $11.25 |
| Service | 12/31/2013 | Receipt of Order on filing exhibit listing projected settlement amounts under seal. Saved to system, printed copy for filing, updated Orders Index, filed same. Receipt of corrected ECF on Consent Motion to Certify Class [one of the exhibits was filed sealed]. Made correction accordingly. | 0.25 | $75.00 | $18.75 |
| Service | 12/31/2013 | Receipt of ECF - Order approving Notice of Settlement. Saved to system, printed copy for filing, updated Orders index, filed same. | 0.00 | $75.00 | $0.00 |
| Service | 12/31/2013 | Conference call with Judge Cain about sealing apportionment calculations; receive and review order granting preliminary approval of settlement; receive and review order sealing document | 0.80 | $300.00 | $240.00 |
| Service | 01/02/2014 | E-mail to named Plaintiffs about update to case; e-mail from Mr. Mullinax | 0.70 | $300.00 | $210.00 |
| Service | 01/03/2014 | TC from Jeff Crites with general questions. Sent DER email. | 0.15 | $75.00 | $11.25 |
| Service | 01/07/2014 | E-mail to Ms. Miller about mailings; confer with Ms. Miller about setting up mail merge; prepare summary of apportionment calculations | 0.60 | $300.00 | $180.00 |
| Service | 01/07/2014 | Worked on mass mailing: Copies documents to be mailed, worked on mail merge forms. | 3.00 | $75.00 | $225.00 |
| Service | 01/08/2014 | Finalized draft of mail merge | 2.00 | $75.00 | $150.00 |
| Service | 01/08/2014 | Review letters to check payment amounts against spreadsheet; e-mail from Mr. Stephenson about addresses for class members; work on mailing with Ms. Miller; TC to Mr. Stephenson to discuss case; TC from Terry Cox about settlement; e-mail to Ms. Miller about formatting of letters | 2.50 | $300.00 | $750.00 |
| Service | 01/09/2014 | Prepared mailing of documents. Identified 14 past employees who needed to complete W-4s. Added W-4s to 14 of the packets along with return envelopes and letter of explanation. | 3.00 | $75.00 | $225.00 |
| Service | 01/09/2014 | E-mail to Ms. Miller about mailing; e-mail from Tom Stephenson about W-4s; e-mail to Mr. Stephenson; e-mail to FindLaw rep about putting documents on web-site; e-mail from FindLaw rep about web-site; e-mails to and from Ms. Miller about mailing | 1.10 | $300.00 | $330.00 |
| Service | 01/10/2014 | Stamped envelopes, delivered to post office for mailing. | 2.00 | $75.00 | $150.00 |
| Service | 01/10/2014 | TC from Charlie Mullinax regarding developments. Email to DER. | 0.25 | $75.00 | $18.75 |
| Service | 01/10/2014 | Jack T. McKinney stopped by the office to see what needed to be done regarding joining the class action lawsuit. Pulled his mailing packet, got proof of ID (driver's license), and gave packet to him personally rather than mailing. | 0.25 | $75.00 | $18.75 |

| Service | 01/10/2014 | TC from Charlie Mullinax to discuss case; e-mail from Steve Savitz about distribution of checks; e-mail to Mr. Savitz; e-mails from Tom Stephenson about W-4s and distribution of checks; e-mail to Mr. Stephenson; TC to Tom Stephenson; work on mailings; prepare memo re: W-4s; e-mail to Ms. Miller about W-4 issue; e-mails to Ms. Miller about postage for mailing | 3.70 | $300.00 | $1,110.00 |
|---------|------------|-------------|------|---------|-----------|
| Service | 01/11/2014 | Work on attorney fee motion and brief | 1.00 | $300.00 | $300.00 |
| Service | 01/12/2014 | E-mail from Tom Stephenson; e-mail to Stephenson; work on attorney fee motion and brief | 7.70 | $300.00 | $2,310.00 |
| Service | 01/13/2014 | TC with Wesley Mullinax regarding where documents from mailing should be returned. | 0.15 | $75.00 | $11.25 |
| Service | 01/13/2014 | Office visit by Ted Nicholls wanting proof that he had already submitted his Consent to Join and was a part of the lawsuit. Printed copy of Docket No. 13 where Ted Nicholls was joined. | 0.15 | $75.00 | $11.25 |
| Service | 01/13/2014 | Office visit by Mitchell Hardin. Delivered his Consent to Join. Made copy for him to keep. Scanned Consent to Join to system and emailed a copy to DER. Entered information into Parties Spreadsheet. | 0.15 | $75.00 | $11.25 |
| Service | 01/13/2014 | TC from Gordon stating that he received the packet for another Smith and that his address is 100 Whistle Way. Mr. Smith is to come by the office to assist with corrections. | 0.15 | $75.00 | $11.25 |
| Service | 01/13/2014 | TC to Ms. Burnette and Mr. Arnold about affidavits; e-mails to Ms. Burnette and Mr. Arnold; TC to Mr. Mullinax about case; TC to Mr. Addis about case; work on attorney fee motion and brief; receive and review draft of declaration from Mr. Arnold; receive final declaration from Mr. Arnold | 3.50 | $300.00 | $1,050.00 |
| Service | 01/14/2014 | TC with Wesley Mullinax regarding mailing error | 0.15 | $75.00 | $11.25 |
| Service | 01/14/2014 | TC from William D. Smith, Jr. confirming that he is already a member of the lawsuit. Confirmed correct receipt of his packet. | 0.15 | $75.00 | $11.25 |
| Service | 01/14/2014 | Gordon Smith came by office to pick up his correct packet and return Trevor Smith's packet. Remailed Trevor Smith's packet | 0.50 | $75.00 | $37.50 |
| Service | 01/14/2014 | Finalize and file attorney's fee motion and attachments; prepare and file new opt-in consent forms | 3.70 | $300.00 | $1,110.00 |

|  |  | **Quantity Subtotal** | **319.75** |  |  |
|--|--|-----------------------|------------|--|--|
|  |  | **Services Subtotal** |  |  | **$85,800.00** |

## Expenses

| Type | Date | Description | Quantity | Rate | Total |
|------|------|-------------|----------|------|-------|
| Expense | 05/25/2012 | Filing fee--Federal Court | 1.00 | $350.00 | $350.00 |
| Expense | 05/30/2012 | Copies (33 @ $0.20) | 1.00 | $6.60 | $6.60 |
| Expense | 06/01/2012 | Postage--Service on Defendant | 1.00 | $13.65 | $13.65 |
| Expense | 10/01/2012 | Postage--May 31, 2012 to Oct. 1, 2012 | 1.00 | $3.10 | $3.10 |
| Expense | 12/31/2012 | Postage--Oct. 1, 2012 through Dec. 31, 2012 | 1.00 | $1.30 | $1.30 |
| Expense | 01/02/2013 | 524 pages @ .20 - discovery | 1.00 | $104.80 | $104.80 |

| | | | | | |
|---|---|---|---|---|---|
| Expense | 01/04/2013 | Copies - 38 x .20 | 1.00 | $7.60 | $7.60 |
| Expense | 01/08/2013 | Copies - 504 x .20 | 1.00 | $100.80 | $100.80 |
| Expense | 01/09/2013 | Copies 120 @ .20 | 1.00 | $24.00 | $24.00 |
| Expense | 01/17/2013 | Gallagher Court Reporting | 1.00 | $2,253.30 | $2,253.30 |
| Expense | 01/28/2013 | Copies 150 @ .20 | 1.00 | $30.00 | $30.00 |
| Expense | 03/05/2013 | copies - 140 @ .20 = $28 | 1.00 | $28.00 | $28.00 |
| Expense | 03/05/2013 | Brian Murphy Law Firm (Mediation fees) | 1.00 | $1,260.00 | $1,260.00 |
| Expense | 03/08/2013 | 25 copies @ .20 = | 1.00 | $5.00 | $5.00 |
| Expense | 03/12/2013 | Copies: 7 @ .20 = $1.40 | 1.00 | $1.40 | $1.40 |
| Expense | 03/12/2013 | Postage | 1.00 | $1.12 | $1.12 |
| Expense | 03/13/2013 | Copies: 227 @ .20 = | 1.00 | $45.40 | $45.40 |
| Expense | 03/14/2013 | Copies - 6 @ .20 = $1.20 | 1.00 | $1.20 | $1.20 |
| Expense | 03/14/2013 | Postage | 1.00 | $1.12 | $1.12 |
| Expense | 03/31/2013 | Westlaw--Mar. 2013 (3/5/13, 3/19/13) | 1.00 | $118.69 | $118.69 |
| Expense | 04/21/2013 | Westlaw--Jan. (1/2/13, 1/7/13, 1/8/13) | 1.00 | $184.97 | $184.97 |
| Expense | 05/09/2013 | Copies: 4 x .20 | 1.00 | $0.80 | $0.80 |
| Expense | 05/09/2013 | Postage | 1.00 | $0.46 | $0.46 |
| Expense | 06/14/2013 | Copies: 12 x .20 | 1.00 | $2.40 | $2.40 |
| Expense | 01/07/2014 | Copies: 1,200 x .20 [100 copies of the Notice of Proposed Settlement for mailing] | 1.00 | $240.00 | $240.00 |
| Expense | 01/07/2014 | Copies: 200 x .20 [letter to packet recipients] | 1.00 | $40.00 | $40.00 |
| Expense | 01/10/2014 | Copies: 42 x .20 | 1.00 | $8.40 | $8.40 |
| Expense | 01/10/2014 | Postage: 14 x .46 (stamps) | 1.00 | $6.44 | $6.44 |
| Expense | 01/10/2014 | Postage: 14 x $1.52 | 1.00 | $21.28 | $21.28 |
| Expense | 01/13/2014 | Postage: 79 x $.86 | 1.00 | $67.94 | $67.94 |
| Expense | 01/13/2014 | Copies: 3 x .20 | 1.00 | $0.60 | $0.60 |
| Expense | 01/14/2014 | Copies: 14 x .20 | 1.00 | $2.80 | $2.80 |
| Expense | 01/14/2014 | Postage | 1.00 | $0.86 | $0.86 |
| Expense | 01/14/2014 | Copies: 5 x. .20 | 1.00 | $1.00 | $1.00 |

|  |  |
|---|---|
| **Expenses Subtotal** | **$4,935.03** |
| **Quantity Total**    319.75 | |
| **Subtotal** | **$90,735.03** |
| **Total** | **$90,735.03** |

## Detailed Statement of Account

**Current Invoice**

| Invoice Number | Due On | Amount Due | Payments Received | Balance Due |
|---|---|---|---|---|
| 23 | 01/14/2014 | $90,735.03 | $0.00 | $90,735.03 |
| | | | Outstanding Balance | **$90,735.03** |
| | | | Amount in Trust | **$0.00** |
| | | | Total Amount Outstanding | **$90,735.03** |